IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 15 2018

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 5:17cr00011 |
| TIARA LACHAY BAILEY | ) |
| Defendant. | ) By: Michael F. Urbanski |
| | ) Chief United States District Judge |

## ORDER

This matter was referred to the Honorable Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(3), for the purpose of conducting a plea hearing and a plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure and preparing proposed findings of fact and a recommendation as to the acceptance of such plea as tendered. The Magistrate Judge filed a report and recommendation on January 10, 2018, recommending that defendant's plea of guilty to Count 1 of the Indictment be accepted. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. Accordingly, it is **ORDERED** that the report and the findings and recommendation contained therein are **ADOPTED**, defendant's plea of guilty to Count 1 of the Indictment and the plea agreement are **ACCEPTED**, and the defendant is adjudged **GUILTY** of the offense charged in Count 1 of the Indictment.

It is **SO ORDERED**.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered: 02-15-2018

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge